JOSEPH CARDINAL, Doing Business under the Name of CARDINAL ENGINEERING COMPANY, Appellant and Respondent, *v.* STATE OF NEW YORK, Respondent and Appellant. (Claim No. 28951.)

Submitted December 1, 1952; decided December 5, 1952.

Motion to amend remittitur denied, with $10 costs. The question of interest in this cause is, in the first instance, for the Court of Claims to pass upon. [See 304 N. Y. 400.]